PEOPLE *ex rel.* FITZPATRICK, Appellant, *v.* BOARD OF SUP'RS OF CLINTON COUNTY, Respondent.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

**No** opinion. Order affirmed, with $10 costs and printing disbursements.

---

McCHESNEY, Respondent, *v.* PANAMA R. Co., Appellant.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

Action by Sylvester McChesney against the Panama Railroad Company. No opinion. Order affirmed, with $10 costs and printing disbursements.

MAYHAM, J., not acting.

---

FULLER *et al.*, Appellants, *v.* HUMPHREY, Respondent.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

Action by Samuel W. Fuller and others against Owen W. Humphrey. No opinion. Judgment affirmed, with costs.

---

PEOPLE *ex rel.* ELLIS, Appellant, *v.* CLINTON COUNTY COURT *et al.,* Respondents.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

**No** opinion. Order reversed, and motion for writ granted, without costs.

---

*In re* CHRISTIE.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

**No** opinion. Motion to cancel order denied. See 13 N. Y. Supp. 202.

---

MOREHEAD *et al.*, Appellants, *v.* BROWN, Respondent.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

**No** opinion. Motion to go to court of appeals denied.

---

PEOPLE, Respondent, *v.* MUTUAL SAVINGS & DISTRIBUTION FUND ASS'N, Appellant.

(*Supreme Court, General Term, Third Department.* May 21, 1891.)

**No** opinion. Order affirmed, with $10 costs and printing disbursements.